IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr326-MHT |
| | ) | (WO) |
| JANTENT MONTERIO OSBORNE | ) | |

ORDER

In accordance with the provisions in the judgment of conviction, it is ORDERED that, upon commencement of supervised release, the United States Probation Office shall:

(1) Arrange for a mental-health evaluation of defendant Jantent Monterio Osborne, which should (a) identify, and recommend appropriate treatment for, any mental illnesses, substance-abuse disorders, or other issues adjusting from the prison environment back into society.

(2) File a report of the evaluation under seal with the court within 30 days of the beginning of supervision.

(3) Arrange for defendant Jantent Osborne to receive mental-health counseling at least twice a month until further order of the court. The counseling should address any issues identified in the mental-health assessment, as well as help him adjust back into society and, because defendant Osborne has grown accustomed to carrying a gun, help him learn how to live in a society where guns are prevalent without resorting to violence, or owning or carrying a gun or other dangerous weapon.

DONE, this the 5th day of February, 2018.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**