IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )    CRIMINAL ACTION NO.
    v.                       )        2:17cr326-MHT
                             )
JANTENT MONTERIO OSBORNE     )
```

ORDER

Based on the representations made during the conference call on August 25, 2021, the representations in the motion, and the government's oral representation that it does not object to the motion, it is ORDERED that:

(1) The motion for an order releasing the defendant to attend inpatient treatment (Doc. 59) is granted.

(2) On September 23, 2021, at 8:00 a.m., the United States Marshal shall release defendant Jantent Monterio Osborne to a representative of the Federal Defender's Office for immediate transport to Aletheia House in Montgomery by 9:00 a.m.

(3) The conditions of supervised release are amended to require that defendant Osborne shall

complete the inpatient treatment program at Aletheia House.

DONE, this the 22nd day of September, 2021.

                                                /s/ Myron H. Thompson
                                          **UNITED STATES DISTRICT JUDGE**