IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:17cr326-MHT
                            )            (WO)
JANTENT MONTERIO OSBORNE    )
```

ORDER

Based upon the representations made on the record on September 28, 2021, it is ORDERED that:

(1) The hearing on the petition for revocation of supervised release (Doc. 45) currently set for September 29, 2021, is continued generally.

(2) A telephonic status conference is set for October 26, 2021, at 8:00 a.m., to discuss the following:

- Whether defendant Jantent Monterio Osborne has successfully completed the inpatient treatment program at Aletheia House;

- Whether arrangements have been made for defendant Osborne to be admitted to the

Fellowship House in Birmingham, Alabama, upon his release from Aletheia House;

- The results of defendant Osborne's evaluation by Dr. Adriana Flores; and
- What action, if any, to take on the petition for revocation of supervised release.

The courtroom deputy shall make the necessary arrangements.

DONE, this the 28th day of September, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE