IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:17cr326-MHT** |
| | ) | **(WO)** |
| **JANTENT MONTERIO OSBORNE** | ) | |

### ORDER

The court notes with approval that, based on the representations made on the record on October 26, 2021, defendant Jantent Monterio Osborne has successfully completed the inpatient-treatment program at Aletheia House in Montgomery, Alabama. The question now is how to sustain his progress. Accordingly, it is ORDERED as follows:

(1) Defense counsel shall file with the court Dr. Adriana Flores's written report of her evaluation of defendant Jantent Monterio Osborne by November 9, 2021.

(2) Another telephonic status conference is set for December 7, 2021, at 8:00 a.m., to discuss the following:

- The implications of Dr. Flores's report for defendant Osborne's current treatment, and the extent to which it illuminates the conditions necessary for him to function successfully in society following his release from inpatient treatment;

- Whether defendant Osborne has been admitted to the Phoenix House in Tuscaloosa, Alabama, or the Herring Houses in Dothan, Alabama, or another appropriate inpatient facility, following his release from Aletheia House;

- Whether defense counsel and probation have found a place for defendant Osborne to reside following his release from inpatient treatment.

(3) The petition for revocation of supervised release (Doc. 45) shall remain pending, with the understanding that, if defendant Osborne successfully completes inpatient treatment at another facility following his release from Aletheia House, the court

shall consider dismissing the petition without prejudice.

The courtroom deputy shall make the necessary arrangements for the telephonic status conference.

DONE, this the 26th day of October, 2021.

                              /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**