IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:17cr326-MHT
                            )             (WO)
JANTENT MONTERIO OSBORNE    )
```

ORDER

Based on the representations made on the record on January 27, 2022, it is ORDERED that:

(1) On or before February 10, 2022, defense counsel and the supervising probation officer are to file reports, or a joint report, on their efforts to come up with a plan that provides, if possible, that defendant Jantent Monterio Osborne (1) may remain long-term at Oxford House in Tuscaloosa, Alabama; (2) continues his employment in Tuscaloosa; (3) receives mental-health treatment as recommended by Dr. Adriana Flores; and (4) is still subject to supervision by the Untied States Probation Department in Montgomery.

(2) The conditions of supervision for defendant Osborne are modified to include that he is to reside at

Oxford House and comply with all of its rules and regulations until further order of the court.

It is further ORDERED that another status conference is set for February 17, 2022, at 9:00 a.m. to discuss the status report, or reports, and how to proceed on the pending amended revocation petition (Doc. 71). The courtroom deputy shall arrange for the conference to be conducted by telephone.

DONE, this the 27th day of January, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**